**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7579**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SIMON CHOW,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-94-219, CA-96-1641-AM)

---

Submitted:  April 10, 2000                    Decided:  May 1, 2000

---

Before WILLIAMS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Simon Chow, Appellant Pro Se.  Lawrence Joseph Leiser, Assistant United States Attorney, William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Simon Chow seeks to appeal the district court's order denying his motion for relief from the court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no abuse of discretion in the denial of the motion. See National Org. for Women v. Operation Rescue, 47 F.3d 667, 669 (4th Cir. 1995). Chow did not establish any extraordinary circumstances warranting relief under Rule 60(b), Fed. R. Civ. P. See Ackermann v. United States, 340 U.S. 193, 202 (1950). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2